UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Movant
MidFirst Bank

In Re:

Bradley S. Mauger & Antionette R. Mauger,

Debtors.

Case No.: 15-14698-JNP

Chapter: 13

Hearing Date: 10/25/2016

Judge: Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief from Stay re: 44 Queen Anne Court, Marlton, NJ 08053

(Docket #41)

Date: 10/20/2016

/s/ Denise Carlon
Signature

*rev.8/1/15*