UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:        _____
                                                    :
                                                    :    Adv. No.:        _____
                                                    :
                                                    :    Judge:           _____
      Debtor (s),                                   :
_____                :    Chapter:         _____


# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**          _____
                                 _____
                                 _____

**Location of Hearing:**         Courtroom No. _____
                                 _____
                                 _____
                                 _____

**Date and Time:**               _____,
                                 or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _____ **ARE REQUIRED**      _____ **ARE NOT REQUIRED**


DATED:    _____              JAMES J. WALDRON, Clerk


# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20 _16__ the foregoing notice was served on the following:




JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*