UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case No.: 15-14698
Bradley S. Mauger  :
and Antionette R. Mauger  :  Adv. No.: _____
  :
  :  Judge: JNP
Debtor (s),  :
_____  :  Chapter: 13

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ____Jerrold N. Poslusny Jr.____, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 1/27/16 @ 10:00 a.m.,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔ ARE REQUIRED     ____ ARE NOT REQUIRED

DATED:   10/~~31~~/16         JAMES J. WALDRON, Clerk

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 31, 20 16 the foregoing notice was served on the following:
Debtor(s)
Attorney for Debtor(s), if any
Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Bradley S. Mauger  
Antionette R. Mauger  
    Debtors

Case No. 15-14698-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 31, 2016  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.  
db/jdb         +Bradley S. Mauger,   Antionette R. Mauger,   44 Queen Anne Court,   Marlton, NJ 08053-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:

       Brian C. Nicholas   on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Scott M. Zauber    on behalf of Joint Debtor Antionette R. Mauger szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
       Scott M. Zauber    on behalf of Debtor Bradley S. Mauger szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
       Sergio I. Scuteri   on behalf of Creditor    Evesham Municipal Utilities Authority sscuteri@capehart.com

                                                                                 TOTAL: 8