UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-2(c)**

KML Law Group, P.C.
By: Denise Carlon
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant: MidFirst Bank

In Re:
Bradley S. Mauger
        Debtor/Respondent

Antionette R. Mauger
        Co-Debtor/Respondent

Case No:   15-14698 JNP

Chapter:   13

Judge:   Jerrold N. Poslusny Jr.

# AMENDED CERTIFICATION OF SERVICE

1. I, **Lisa Rodriguez**:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for **Denise Carlon**, who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 5/12/17, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Postpetition Mortgage Fees, Expenses, and Charges
    - Certification of Service

3. I hereby certify under penalty of perjury that the above document were sent using the mode of service indicated.
Dated: 5/12/17
        /S/**Lisa Rodriguez**

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Antionette R. Mauger<br>44 Queen Anne Court<br>Marlton, NJ 08053<br><br>Bradley S. Mauger<br>44 Queen Anne Court<br>Marlton, NJ 08053 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott M. Zauber Esq.<br>ZAUBER, SCOTT<br>1624 Pacific Avenue (VIA ECF)<br>P.O. Box 1913<br>Atlantic City, NJ 08404 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>BALBOA, ISABEL C.<br>Chapter 13 Standing Trustee (Via ECF)<br>Cherry Tree Corporate Center - 535 Route 38, Suite 580<br>Cherry Hill, NJ 08022 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |