Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−14698−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bradley S. Mauger              Antionette R. Mauger
44 Queen Anne Court            44 Queen Anne Court
Marlton, NJ 08053              Marlton, NJ 08053

Social Security No.:
  xxx−xx−2836                  xxx−xx−1375

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:     7/6/17
Time:     02:00 PM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott M. Zauber, Debtor's Attorney

COMMISSION OR FEES
$1500.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 7, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 15-14698-JNP
Bradley S. Mauger                                                                     Chapter 13
Antionette R. Mauger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 07, 2017
                              Form ID: 137             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.
```
db/jdb         +Bradley S. Mauger,   Antionette R. Mauger,   44 Queen Anne Court,   Marlton, NJ 08053-2833
515389931      +Absolute Resolutions VI LLC,   Attn: Burlignton County Court,   49 Rancocas Road, Room 342,
                 Mt. Holly, NJ 08060-1317
515389932      +Advocare Medford Ped,   Attn: IC Systems Collection,   POB 64378,   Saint Paul, MN 55164-0378
515389933      +Barclays Bank Delaware,   125 S. West Street,   Wilmington, DE 19801-5014
515389934      +CACH, LLC,   Attn: First Step Group,   6300 Shingle Creek Parkway, Ste 220,
                 Brooklyn Center, MN 55430-2162
515389935      +Capital One,   POB 30253,   Salt Lake City, UT 84130-0253
515389936      +Capital One Bank USA NA,   POB 30281,   Salt Lake City, UT 84130-0281
515389937       Chase Card Services,   POB 15298,   Wilmington, DE 19850-5298
515389939      +Equabel Ascent Financial,   Attn: Burlington County Court,   49 Rancocas Road, Room 49,
                 Mt. Holly, NJ 08060-1317
515810852      +Evesham Municipal Utilities Authority,   c/o Capehart & Scatchard, P.A. (SIS),
                 8000 Midlantic Drive, Suite 300-S,   Mt. Laurel, NJ 08054-1526
515389940       HSBC Bank,   POB 9,   Buffalo, NY  14240-0009
515584349      +Midfirst Bank,   999 NW Grand Boulevard,   Oklahoma City, OK 73118-6051
515583370      +Midfirst Bank,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
515389941      +Midland Funding,   Attn: Burlington County Court,   49 Rancocas Roadm, Room 342,
                 Mt. Holly, NJ 08060-1317
515389943      +Midland Mortgage Co.,   POB 268959,   Oklahoma City, OK 73126-8959
515389944      +Portfolio Recovery Assoc.,   Attn: Burlington County Court,   49 Rancocas Road, Room 342,
                 Mt. Holly, NJ 08060-1317
515389947     ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
              (address filed with court: US Dept Of Edu AFSA,   POB 7202,   Utica, NY  13504)
515430560      +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
515722318       US Department of Education,   P.O. Box 16448,   St. Paul, MN 55116-0448
515389946      +US Dept Of Ed-Direct Loans,   POB 5609,   Greenville, TX 75403-5609
515389948       Verizon,   500 Technology Dr, Ste 300,   Weldon Spring, MO  63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515583712       E-mail/PDF: rmscedi@recoverycorp.com Jun 07 2017 22:35:30     Absolute Resolutions VI, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
515411392       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2017 22:35:47
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
515437229      +E-mail/Text: ebn@squaretwofinancial.com Jun 07 2017 22:34:04     CACH, LLC,
                 4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
515440193      +E-mail/Text: bncmail@w-legal.com Jun 07 2017 22:33:51     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515389938      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 07 2017 22:35:14     Credit One Bank,
                 POB 98875,   Las Vegas, NV 89193-8875
515389942      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2017 22:33:38     Midland Funding LLC,
                 8875 Aero Dr., Ste 200,   San Diego, CA 92123-2255
515389945       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2017 22:35:33
                 Portfolio Recovery Assoc.,   120 Corporate Blvd, Ste 100,   Norfolk, VA  23502-4962
515624327       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2017 22:35:20
                 Portfolio Recovery Associates, LLC,   c/o Ameritech,   POB 41067,   Norfolk VA 23541
515475194       E-mail/Text: bnc-quantum@quantum3group.com Jun 07 2017 22:33:32     Quantum3 Group LLC,
                 Absolute Resolutions VI LLC,   POB Box 788,   Kirkland WA  98083-0788
                                                                                               TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 07, 2017
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Midfirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Scott M. Zauber    on behalf of Debtor Bradley S. Mauger szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Scott M. Zauber    on behalf of Joint Debtor Antionette R. Mauger szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
                                                                                             TOTAL: 9
```