| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br>In Re:<br>BRADLEY S MAUGER and ANTIONETTE R MAUGER | Case No.: ___1-15-BK-14698___<br><br>Chapter: _____13_____<br><br>Judge: __JERROLD N POSLUSNY JR__ |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Cach, Llc                                      , Creditor
(Example: John Smith, creditor)

Old address:    4340 S MONACO ST
FL 2
DENVER CO 80237-3485

New address:    PO Box 10587
Greenville SC 29603-0587


New phone no.: (877) 264-5884
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    7/5/2017            /s/ Deanna Gambrell
                             Signature

*rev.2/1/16*