Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 15-14698 (JNP)**

Bradley S. Mauger and Antionette R. Mauger  
44 Queen Anne Court  
Marlton, NJ  08053

Monthly Payment: $1,013.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2018 | $1,013.00 | 01/26/2018 | $1,013.00 | 03/05/2018 | $1,013.00 | 04/04/2018 | $1,013.00 |
| 04/30/2018 | $1,013.00 | 06/05/2018 | $1,013.00 | 07/11/2018 | $1,013.00 | 08/13/2018 | $1,013.00 |
| 10/09/2018 | $1,013.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRADLEY S. MAUGER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SUBRANNI ZAUBER, LLC | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 0 | SUBRANNI ZAUBER, LLC | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SUBRANNI ZAUBER, LLC | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 1 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $558.46 | $0.00 | $558.46 | $0.00 |
| 3 | ADVOCARE MEDFORD PED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CERASTES, LLC | 33 | $2,354.17 | $0.00 | $2,354.17 | $0.00 |
| 5 | CACH, LLC | 33 | $468.75 | $0.00 | $468.75 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CHASE CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE, LP | 33 | $858.06 | $0.00 | $858.06 | $0.00 |
| 10 | EQUABEL ASCENT FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $39,015.22 | $25,973.74 | $13,041.48 | $7,770.82 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,294.85 | $0.00 | $1,294.85 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. DEPARTMENT OF EDUCATION | 33 | $8,791.32 | $0.00 | $8,791.32 | $0.00 |
| 18 | US DEPT OF EDU AFSA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ANTIONETTE R. MAUGER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | EVESHAM MUNICIPAL UTILITIES AUTHORITY | 24 | $1,482.60 | $968.01 | $514.59 | $306.65 |
| 23 | AMERICAN INFOSOURCE, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | MIDFIRST BANK | 24 | $4,876.25 | $2,764.27 | $2,111.98 | $1,258.45 |
| 26 | MIDFIRST BANK | 13 | $526.00 | $526.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2015 | 23.00 | $0.00 |
| 03/01/2017 | Paid to Date | $20,411.56 |
| 04/01/2017 | 3.00 | $979.00 |
| 07/01/2017 | 33.00 | $1,013.00 |
| 04/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,117.00 |
| Total paid to creditors this period: | $9,335.92 |
| Undistributed Funds on Hand: | $2,295.00 |
| Arrearages: | $3,544.00 |
| Attorney: | SUBRANNI ZAUBER, LLC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**