# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−14698−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bradley S. Mauger
44 Queen Anne Court
Marlton, NJ 08053

Antionette R. Mauger
44 Queen Anne Court
Marlton, NJ 08053

Social Security No.:
xxx−xx−2836                                     xxx−xx−1375

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              June 21, 2019
Time:              10:15 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*73* – Certification in Opposition to (related document:72 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/24/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Thomas J Subranni on behalf of Antionette R. Mauger, Bradley S. Mauger. (Subranni, Thomas)

and transact such other business as may properly come before the meeting.


Dated: May 28, 2019
JAN: bed

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Bradley S. Mauger
Antionette R. Mauger
    Debtors

Case No. 15-14698-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 28, 2019
                       Form ID: 173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
db/jdb         +Bradley S. Mauger,   Antionette R. Mauger,   44 Queen Anne Court,   Marlton, NJ 08053-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
         Brian C. Nicholas   on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    Midfirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jeanie D. Wiesner    on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com
         Jeanie D. Wiesner    on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com
         Scott M. Zauber    on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
         Scott M. Zauber    on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
         Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority sscuteri@capehart.com
         Thomas J Subranni    on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
         Thomas J Subranni    on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                                                                                                                                 TOTAL: 13