Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  15–14698–JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Bradley S. Mauger | Antionette R. Mauger |
|---|---|
| 44 Queen Anne Court | 44 Queen Anne Court |
| Marlton, NJ 08053 | Marlton, NJ 08053 |

Social Security No.:
  xxx–xx–2836                             xxx–xx–1375

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

    On May 28, 2019 a Notice of Hearing on Objection to Trustee Certification of Default was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
INCORRECT TIME: 6/21/19 AT 10:15

Corrected to state:
CORRECT TIME: 6/21/19 AT 10:00

    The amendment of this notice does not affect deadlines that have been previously set.


Dated: June 11, 2019
JAN: def

                                                                   Jeanne Naughton
                                                                   Clerk