# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Bradley S. Mauger
Antionette R. Mauger

Case No.: _____15-14698_____

Hearing Date: _____June 21, 2019_____

Chapter: _____13_____

Judge: _____JNP_____

## *AMENDED* NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Jerrold N. Poslusny Jr._____,
United States Bankruptcy Judge.

**Reason for Hearing:**      Objection to Certification of Default by Standing Trustee

_____

**Location of Hearing:**      Courtroom No. __4-C__
Mitchell H. Cohen U.S. Courthouse
_____
400 Cooper Street
_____
Camden, NJ 08101
_____

**Date and Time:**      June 21, 2019 at 10:00 a.m. *NOTE TIME*_____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: June 11, 2019 _____          JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald_____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____June 11_____, 20_19____ this notice was served on the
following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-14698-JNP
Bradley S. Mauger                                               Chapter 13
Antionette R. Mauger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jun 11, 2019
                              Form ID: pdf900      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db/jdb          +Bradley S. Mauger,   Antionette R. Mauger,   44 Queen Anne Court,   Marlton, NJ 08053-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Midfirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeanie D. Wiesner    on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com,
           ecorma@subranni.com;cwild@subranni.com
          Jeanie D. Wiesner    on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com,
           ecorma@subranni.com;cwild@subranni.com
          Scott M. Zauber    on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Scott M. Zauber    on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Sergio I. Scuteri    on behalf of Creditor   Evesham Municipal Utilities Authority
           sscuteri@capehart.com
          Thomas J Subranni    on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com,
           ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
          Thomas J Subranni    on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com,
           ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                    TOTAL: 13