| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>See Attached List.<br><br><br>In Re:<br>See Attached List. | Case No.:    See Attached List<br><br>Chapter:    Chapters 13 & 7<br><br>Judge:    See Attached List |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that  Jeanie D. Wiesner, Esq.  will be substituted as attorney of record for Thomas J. Subranni, Esq., _____ in this case.[1]

Date: September 11, 2019                     /s/Thomas J. Subranni
                                             Signature of Former Attorney

Date: September 11, 2019                     /s/Jeanie D. Wiesner
                                             Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

| | | | | | | |
|---|---|---|---|---|---|---|
| Subranni, Thomas J (aty) (107 cases) | 13-29434-MBK | Nicholas L Ortizio and Doreen Ortizio | 13 | 09/04/13 | N / A | N / A |
| | 14-16476-ABA | Roberto Lattanzio | 13 | 04/02/14 | N / A | N / A |
| | 14-17832-MBK | Raul L Davila and Carissa J Radke | 13 | 04/21/14 | N / A | N / A |
| | 14-19994-MBK | Lorpu Momolu | 13 | 05/16/14 | N / A | N / A |
| | 14-20817-ABA | Robert M. Yahnite | 13 | 05/28/14 | N / A | N / A |
| | 14-22337-ABA | James N. McClellan, Sr. | 13 | 06/16/14 | N / A | N / A |
| | 14-22373-JNP | Michael D Hall | 13 | 06/16/14 | N / A | N / A |
| | 14-23630-ABA | Jeffrey R. Hesley and Cynthia K. Hesley | 13 | 07/01/14 | N / A | N / A |
| | 14-23881-JNP | Wallace G. Rudrow, Sr. and Marielena J. Rudrow | 13 | 07/07/14 | N / A | N / A |
| | 14-24622-JNP | James Ragno and Michelle Ragno | 13 | 07/17/14 | N / A | N / A |
| | 14-28183-JNP | Bettie Brown | 13 | 09/03/14 | N / A | N / A |
| | 14-33496-MBK | William R. Ryan and Marilee Ryan | 13 | 11/18/14 | N / A | N / A |
| | 14-34637-JNP | Anthony Saccomanno, Jr. | 13 | 12/05/14 | N / A | N / A |
| | 15-12297-ABA | Douglas C. Minerva | 13 | 02/10/15 | N / A | N / A |
| | 15-13748-ABA | Ronald J. Batchelor and Laura A. Batchelor | 13 | 03/03/15 | N / A | N / A |
| | 15-14390-JNP | William E. Glancey | 13 | 03/13/15 | N / A | N / A |
| | 15-14698-JNP | Bradley S. Mauger and Antionette R. Mauger | 13 | 03/18/15 | N / A | N / A |
| | 15-15361-JNP | Janet R. Iona | 13 | 03/26/15 | N / A | N / A |
| | 15-23140-JNP | Susan D. Christides | 13 | 07/14/15 | N / A | N / A |
| | 15-31092-ABA | Amr M Selim | 13 | 11/09/15 | N / A | N / A |

| Case No. | Debtor(s) | Ch. | Filed | | |
|---|---|---|---|---|---|
| 15-33256-JNP | Jeremy J. Hartman and Erica L. Hartman | 13 | 12/11/15 | N/A | N/A |
| 16-10863-ABA | Chelsie N. Nicholas | 13 | 01/18/16 | N/A | N/A |
| 16-15239-ABA | Yvonne Sutton | 13 | 03/21/16 | N/A | N/A |
| 16-28431-JNP | Jimmie D. Wooding | 7 | 09/27/16 | N/A | N/A |
| 16-31389-ABA | Travis M. Giarraffa | 7 | 11/08/16 | N/A | N/A |
| 16-33554-JNP | Damon L. Mitchell, Sr. and Reyna D. Mitchell | 13 | 12/10/16 | N/A | N/A |
| 17-12236-JNP | Robert D. Schall and Lisa A. Schall | 13 | 02/05/17 | N/A | N/A |
| 17-12381-JNP | Miles M Whittington and Angela C. Whittington | 13 | 02/07/17 | N/A | N/A |
| 17-14240-ABA | Steven W. Willis and Kathleen M. Willis | 13 | 03/03/17 | N/A | N/A |
| 17-15301-JNP | Debra L. Steimling | 13 | 03/19/17 | N/A | N/A |
| 17-16623-JNP | Peter C. Tavares and Shawn W. Tavares | 13 | 04/01/17 | N/A | N/A |
| 17-16966-ABA | Dennis M. Mason and Carol A. Mason | 13 | 04/06/17 | N/A | N/A |
| 17-17180-JNP | Isaac P. Wogansky and Jeanine R. Wogansky | 13 | 04/09/17 | N/A | N/A |
| 17-19628-ABA | Phillip Bellucci | 13 | 05/10/17 | N/A | N/A |
| 17-20155-ABA | Keith L. Washington | 13 | 05/17/17 | N/A | N/A |
| 17-22833-ABA | Kevin L. Miller | 13 | 06/23/17 | N/A | N/A |
| 17-23977-JNP | Norman E. Wethman and Dawn M. Wethman | 7 | 07/10/17 | N/A | N/A |
| 17-24480-CMG | Alphonso Blay | 13 | 07/17/17 | N/A | N/A |
| 17-25995-ABA | Jose L. Ocasio and Ellen R. McAnally | 13 | 08/07/17 | N/A | N/A |
| 17-26076-JNP | Eileen Davis | 13 | 08/08/17 | N/A | N/A |

| Case No. | Debtor(s) | Ch. | Filed | | |
|---|---|---|---|---|---|
| 17-28374-JNP | Verona Tally | 13 | 09/10/17 | N/A | N/A |
| 17-28375-JNP | Ethelmae Linvill | 7 | 09/10/17 | N/A | N/A |
| 17-29315-ABA | Jeffrey D. Hart | 13 | 09/24/17 | N/A | N/A |
| 17-30025-JNP | Russell P. Brown, Jr. | 7 | 10/02/17 | N/A | N/A |
| 17-31859-JNP | Steven C. Scott and Rose I. Scott | 13 | 10/29/17 | N/A | N/A |
| 17-32258-JNP | Mark J. DellaFemina and Lisa A. DellaFemina | 13 | 11/01/17 | N/A | N/A |
| 17-32435-ABA | Hector A. Palacio | 13 | 11/05/17 | N/A | N/A |
| 17-32703-JNP | Sharon L. Reed | 13 | 11/09/17 | N/A | N/A |
| 17-34347-JNP | Steven. M. Cunningham and Tatiana Cunningham | 13 | 12/01/17 | N/A | N/A |
| 18-12273-ABA | Bruce David Wigglesworth and Kimberly M. Wigglesworth | 13 | 02/05/18 | N/A | N/A |
| 18-13201-JNP | Robert A. Schenkel and Patricia G. Schenkel | 13 | 02/19/18 | N/A | N/A |
| 18-13812-ABA | Lisette A. Santiago-Owens | 13 | 02/27/18 | N/A | N/A |
| 18-14046-JNP | Aracelly S. Mite | 13 | 03/01/18 | N/A | N/A |
| 18-14507-ABA | Douglas C. Golden and Laura D. Golden | 7 | 03/07/18 | N/A | N/A |
| 18-16447-ABA | Kevin M. Mason and Rosa I. Mason | 13 | 04/01/18 | N/A | N/A |
| 18-16449-ABA | Tisha M. Jones | 13 | 04/01/18 | N/A | N/A |
| 18-16452-JNP | Alison L. Pittman | 13 | 04/01/18 | N/A | N/A |
| 18-16798-ABA | Charles J. Sullivan, Sr. | 13 | 04/05/18 | N/A | N/A |
| 18-16881-MBK | Michael A. Rivera-Pena and Jennifer L. Rivera-Pena | 13 | 04/06/18 | N/A | N/A |
| 18-17346-ABA | Ann Marie Mallimaci | 13 | 04/13/18 | N/A | N/A |

| Case No. | Debtor(s) | Ch. | Date | | |
|---|---|---|---|---|---|
| 18-18897-JNP | Earl W. Bryant, Jr. and Heather L. Bryant | 13 | 05/01/18 | N/A | N/A |
| 18-19101-JNP | Pamela A. Fields | 13 | 05/03/18 | N/A | N/A |
| 18-19202-ABA | Norman L. Solomon | 13 | 05/04/18 | N/A | N/A |
| 18-20291-ABA | Joseph Worthy, III and Cheryl M. Worthy | 13 | 05/21/18 | N/A | N/A |
| 18-25358-JNP | Osiris E. Padilla | 13 | 08/01/18 | N/A | N/A |
| 18-25399-JNP | Patrick G. Lynch and Linda M. Lynch | 13 | 08/01/18 | N/A | N/A |
| 18-27745-ABA | Troy D. Crumling and Stephanie A. DeMarco | 13 | 09/04/18 | N/A | N/A |
| 18-29534-JNP | Frederick W. Riess, Jr. and Theresa M. Riess | 13 | 10/01/18 | N/A | N/A |
| 18-29577-JNP | Richard H. Newell and Grazia Newell | 13 | 10/01/18 | N/A | N/A |
| 18-31150-JNP | CarrieAnne Seeger | 7 | 10/24/18 | N/A | N/A |
| 18-31802-ABA | Frederick L. Hunter | 13 | 11/01/18 | N/A | N/A |
| 18-31809-MBK | Rene B. Diggs | 13 | 11/01/18 | N/A | N/A |
| 18-33967-JNP | Virginia A. Palmero | 13 | 12/05/18 | N/A | N/A |
| 19-10004-MBK | Raffaela Ferraro | 13 | 01/01/19 | N/A | N/A |
| 19-10006-ABA | Theresa M. Casciato-Kennish and Jamie P. Kennish | 13 | 01/01/19 | N/A | N/A |
| 19-12164-ABA | Karen L. Casale | 13 | 02/01/19 | N/A | N/A |
| 19-15141-JNP | Jason C. Lamb and Andrea L. Lamb | 13 | 03/13/19 | N/A | N/A |
| 19-16065-JNP | Heidi M. Oakley | 7 | 03/26/19 | N/A | N/A |
| 19-16613-ABA | Van A. McKenzie | 13 | 04/01/19 | N/A | N/A |
| 19-16615-JNP | Eric T. Bryant and Angelica M. Bryant | 13 | 04/01/19 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 19-16623-MBK | Charles Stegura, III and Sandra A. Stegura | 13 | 04/01/19 | N/A | N/A |
| 19-17696-JNP | Richard C. Emery, Jr. | 13 | 04/16/19 | N/A | N/A |
| 19-19032-JNP | Herminia Ramos | 13 | 05/02/19 | N/A | N/A |
| 19-21060-ABA | Nilaja I. Medlock | 13 | 06/01/19 | N/A | N/A |
| 19-21066-JNP | Phyllis P. Kaufman | 7 | 06/02/19 | N/A | N/A |
| 19-21067-JNP | Lauren A. Rizzo-Heiler | 7 | 06/02/19 | N/A | N/A |
| 19-21068-JNP | Joseph S. Stevens and Christine A. Bucca | 7 | 06/02/19 | N/A | N/A |
| 19-21118-ABA | Robert J. Vanzin, Jr. | 7 | 06/03/19 | N/A | N/A |
| 19-21238-JNP | Claudia L. Palacios | 7 | 06/04/19 | N/A | N/A |
| 19-21453-JNP | Maria E. Rivera | 13 | 06/07/19 | N/A | N/A |
| 19-21472-ABA | Berenice Bautista | 7 | 06/07/19 | N/A | N/A |
| 19-21506-ABA | Duane A. Eaves and Kimberly D. Eaves | 13 | 06/07/19 | N/A | N/A |
| 19-21604-KCF | Nicholas C. Chomin | 7 | 06/10/19 | N/A | N/A |
| 19-21784-JNP | Gilberto Arroyo, Jr. and Shauna M. Arroyo | 13 | 06/12/19 | N/A | N/A |
| 19-22052-JNP | Lisa R. Downing | 7 | 06/17/19 | N/A | N/A |
| 19-22056-JNP | Jules W. Lyons-Sylne | 7 | 06/17/19 | N/A | N/A |
| 19-22287-ABA | Joseph Gerace, IV and Rosemary Gerace | 7 | 06/20/19 | N/A | N/A |
| 19-22296-JNP | John P. Donohoe, Jr. | 7 | 06/20/19 | N/A | N/A |
| 19-22330-CMG | Marquita T. Wright | 7 | 06/21/19 | N/A | N/A |
| 19-22737-KCF | Latasha Y. Jean-Baptiste | 7 | 06/27/19 | N/A | N/A |

| Case No. | Debtor | Ch. | Filed | | |
|---|---|---|---|---|---|
| 19-22954-ABA | Mary Ann Iannone | 7 | 07/01/19 | N/A | N/A |
| 19-22965-JNP | Lonnie A. Bedell,, III | 7 | 07/01/19 | N/A | N/A |
| 19-22969-JNP | Johnny Troche,, Jr. and Sindy G. Troche | 7 | 07/01/19 | N/A | N/A |
| 19-22979-JNP | Nina A. Bey | 7 | 07/01/19 | N/A | N/A |
| 19-23057-ABA | Erin L. Seif | 7 | 07/02/19 | N/A | N/A |
| 19-23304-JNP | Regina Harris | 7 | 07/08/19 | N/A | N/A |
| 19-23306-JNP | Diamond I. Abdullah | 7 | 07/08/19 | N/A | N/A |