| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>See Attached List. | |
| In Re:<br>See Attached List. | Case No.:    See Attached List.<br>Chapter:    See Attache List.<br>Judge:    See Attached List. |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Jeanie D. Wiesner, Esq.__ will be substituted as attorney of record for __Scott M. Zauber, Esq.__, _____ in this case.[1]

Date: September 12, 2019

/s/ Scott M. Zauber, Deceased
Signature of Former Attorney

Date: September 12, 2019

/s/ Jeanie D. Wiesner
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

| | | | | | | |
|---|---|---|---|---|---|---|
| Zauber, Scott M. (aty) (96 cases) | 10-29384-CMG | Rudolph Maximilian Goepp | 7 | 06/24/10 | N/A | N/A |
| | 13-29434-MBK | Nicholas L Ortizio and Doreen Ortizio | 13 | 09/04/13 | N/A | N/A |
| | 13-34483-JNP | RIH Acquisitions NJ, LLC | 11 | 11/06/13 | N/A | N/A |
| | 14-16476-ABA | Roberto Lattanzio | 13 | 04/02/14 | N/A | N/A |
| | 14-17832-MBK | Raul L Davila and Carissa J Radke | 13 | 04/21/14 | N/A | N/A |
| | 14-19402-MBK | Rocky C Szucs | 13 | 05/08/14 | N/A | N/A |
| | 14-19994-MBK | Lorpu Momolu | 13 | 05/16/14 | N/A | N/A |
| | 14-20817-ABA | Robert M. Yahnite | 13 | 05/28/14 | N/A | N/A |
| | 14-22337-ABA | James N. McClellan, Sr. | 13 | 06/16/14 | N/A | N/A |
| | 14-22373-JNP | Michael D Hall | 13 | 06/16/14 | N/A | N/A |
| | 14-23630-ABA | Jeffrey R. Hesley and Cynthia K. Hesley | 13 | 07/01/14 | N/A | N/A |
| | 14-23881-JNP | Wallace G. Rudrow, Sr. and Marielena J. Rudrow | 13 | 07/07/14 | N/A | N/A |
| | 14-24622-JNP | James Ragno and Michelle Ragno | 13 | 07/17/14 | N/A | N/A |
| | 14-26566-JNP | Debra Segers-Jackson | 13 | 08/12/14 | N/A | N/A |
| | 14-28183-JNP | Bettie Brown | 13 | 09/03/14 | N/A | N/A |
| | 14-28244-MBK | Erik C. Moritz | 13 | 09/04/14 | N/A | N/A |
| | 14-33496-MBK | William R. Ryan and Marilee Ryan | 13 | 11/18/14 | N/A | N/A |
| | 14-34584-JNP | Adam P. McFarland, Sr. | 13 | 12/04/14 | N/A | N/A |
| | 14-34637-JNP | Anthony Saccomanno, Jr. | 13 | 12/05/14 | N/A | N/A |
| | 14-35486-ABA | Charles Eyde and Judith Eyde | 13 | 12/19/14 | N/A | N/A |

| Case No. | Debtor | Ch. | Filed | | |
|---|---|---|---|---|---|
| 15-12087-JNP | Kenneth R. Connelly, Sr. | 13 | 02/05/15 | N/A | N/A |
| 15-12245-JNP | Luis A. Garcia and Gloria E. De La Rosa | 13 | 02/09/15 | N/A | N/A |
| 15-12297-ABA | Douglas C. Minerva | 13 | 02/10/15 | N/A | N/A |
| 15-13748-ABA | Ronald J. Batchelor and Laura A. Batchelor | 13 | 03/03/15 | N/A | N/A |
| 15-14390-JNP | William E. Glancey | 13 | 03/13/15 | N/A | N/A |
| 15-14698-JNP | Bradley S. Mauger and Antionette R. Mauger | 13 | 03/18/15 | N/A | N/A |
| 15-15361-JNP | Janet R. Iona | 13 | 03/26/15 | N/A | N/A |
| 15-16319-CMG | Bernice Vivian King | 7 | 04/08/15 | N/A | N/A |
| 15-22659-JNP | Frank M D'Amico and Tamala S D'Amico | 13 | 07/06/15 | N/A | N/A |
| 15-22697-KCF | Stefanie McKenna | 7 | 07/07/15 | N/A | N/A |
| 15-25543-ABA | Star Group Communications, Inc. | 7 | 08/17/15 | N/A | N/A |
| 15-27128-ABA | Carole J. DeSimone | 13 | 09/10/15 | N/A | N/A |
| 15-27649-ABA | Raymond G. Morgan, 3rd | 7 | 09/20/15 | N/A | N/A |
| 15-29780-JNP | Griffin Signs, Inc. and Crisdel Group, Inc. | 7 | 10/21/15 | N/A | N/A |
| 15-29821-ABA | Mindy Kleinman | 7 | 10/21/15 | N/A | N/A |
| 15-31092-ABA | Amr M Selim | 13 | 11/09/15 | N/A | N/A |
| 15-32006-JNP | WalterDean Krimmel and Donna L. Krimmel | 13 | 11/23/15 | N/A | N/A |
| 15-32888-ABA | Andrew S Rusciano | 13 | 12/04/15 | N/A | N/A |
| 15-33256-JNP | Jeremy J. Hartman and Erica L. Hartman | 13 | 12/11/15 | N/A | N/A |
| 16-10816-JNP | Baltimore Grill, Inc. | 11 | 01/18/16 | N/A | N/A |

| Case No. | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 16-10863-ABA | Chelsie N. Nicholas | 13 | 01/18/16 | N/A | N/A |
| 16-13813-JNP | Timothy Myers | 13 | 03/01/16 | N/A | N/A |
| 16-15239-ABA | Yvonne Sutton | 13 | 03/21/16 | N/A | N/A |
| 16-17817-ABA | Richard M. Graziano and Kathleen M. Graziano | 13 | 04/22/16 | N/A | N/A |
| 16-20898-CMG | Michael P. Murray | 13 | 06/03/16 | N/A | N/A |
| 16-21085-JNP | Daniel M. Faunce and Barbara A. Faunce | 13 | 06/07/16 | N/A | N/A |
| 16-24086-JNP | James J. Schaffer, III and Michelle Schaffer | 7 | 07/22/16 | N/A | N/A |
| 16-28733-JNP | Alissa Masciarella | 7 | 09/30/16 | N/A | N/A |
| 16-29473-ABA | William D. Carter | 13 | 10/12/16 | N/A | N/A |
| 16-33093-JNP | Clancy & Associates, Inc. | 7 | 12/02/16 | N/A | N/A |
| 16-33554-JNP | Damon L. Mitchell, Sr. and Reyna D. Mitchell | 13 | 12/10/16 | N/A | N/A |
| 16-33938-JNP | Jason B. Clarke and Corrinna F. Clarke | 13 | 12/16/16 | N/A | N/A |
| 17-10197-ABA | Martine V. Reeder | 13 | 01/05/17 | N/A | N/A |
| 17-12236-JNP | Robert D. Schall and Lisa A. Schall | 13 | 02/05/17 | N/A | N/A |
| 17-12381-JNP | Miles M Whittington and Angela C. Whittington | 13 | 02/07/17 | N/A | N/A |
| 17-13278-ABA | John Rafferty Mikalic | 7 | 02/21/17 | N/A | N/A |
| 17-14240-ABA | Steven W. Willis and Kathleen M. Willis | 13 | 03/03/17 | N/A | N/A |
| 17-14265-JNP | Andrew Jackson | 13 | 03/03/17 | N/A | N/A |
| 17-14342-JNP | Denise L. Boyd | 13 | 03/06/17 | N/A | N/A |
| 17-14825-JNP | Florentino Parker | 13 | 03/12/17 | N/A | N/A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 17-29315-ABA | Jeffrey D. Hart | 13 | 09/24/17 | N/A | N/A |
| 17-31859-JNP | Steven C. Scott and Rose I. Scott | 13 | 10/29/17 | N/A | N/A |
| 17-32258-JNP | Mark J. DellaFemina and Lisa A. DellaFemina | 13 | 11/01/17 | N/A | N/A |
| 17-32259-JNP | Gilbert L. Still | 13 | 11/01/17 | N/A | N/A |
| 17-32261-JNP | Sharon E. Mossbrook | 13 | 11/01/17 | N/A | N/A |
| 17-32435-ABA | Hector A. Palacio | 13 | 11/05/17 | N/A | N/A |
| 17-32703-JNP | Sharon L. Reed | 13 | 11/09/17 | N/A | N/A |
| 17-33474-JNP | Mid-Atlantic Insulation, L.L.C. | 7 | 11/20/17 | N/A | N/A |
| 17-34347-JNP | Steven. M. Cunningham and Tatiana Cunningham | 13 | 12/01/17 | N/A | N/A |
| 17-35943-ABA | John A. Eddowes and Agnes M Eddowes | 7 | 12/29/17 | N/A | N/A |
| 18-10191-ABA | Michael J. Horrell and Gregg A. Horrell | 13 | 01/04/18 | N/A | N/A |
| 18-10450-ABA | Hess Mansfield Properties LLC | 11 | 01/08/18 | N/A | N/A |
| 18-12273-ABA | Bruce David Wigglesworth and Kimberly M. Wigglesworth | 13 | 02/05/18 | N/A | N/A |
| 18-13201-JNP | Robert A. Schenkel and Patricia G. Schenkel | 13 | 02/19/18 | N/A | N/A |
| 18-13812-ABA | Lisette A. Santiago-Owens | 13 | 02/27/18 | N/A | N/A |
| 18-14046-JNP | Aracelly S. Mite | 13 | 03/01/18 | N/A | N/A |

| Case No. | Debtor(s) | Ch. | Filed | | |
|---|---|---|---|---|---|
| 17-15301-JNP | Debra L. Steimling | 13 | 03/19/17 | N/A | N/A |
| 17-16620-ABA | John S. DeAnnuntis and Kim M. DeAnnuntis | 13 | 04/01/17 | N/A | N/A |
| 17-16623-JNP | Peter C. Tavares and Shawn W. Tavares | 13 | 04/01/17 | N/A | N/A |
| 17-16966-ABA | Dennis M. Mason and Carol A. Mason | 13 | 04/06/17 | N/A | N/A |
| 17-17180-JNP | Isaac P. Wogansky and Jeanine R. Wogansky | 13 | 04/09/17 | N/A | N/A |
| 17-17925-JNP | Stephen N. Magnotta | 13 | 04/19/17 | N/A | N/A |
| 17-19366-JNP | Steven A. Kellenyi and Nancy E. Kellenyi | 13 | 05/05/17 | N/A | N/A |
| 17-19372-JNP | Jerry L. Lett and Zora L. Lett | 13 | 05/05/17 | N/A | N/A |
| 17-19628-ABA | Phillip Bellucci | 13 | 05/10/17 | N/A | N/A |
| 17-20155-ABA | Keith L. Washington | 13 | 05/17/17 | N/A | N/A |
| 17-21870-ABA | John E. Denning,, II and Melissa A. Denning | 13 | 06/08/17 | N/A | N/A |
| 17-22833-ABA | Kevin L. Miller | 13 | 06/23/17 | N/A | N/A |
| 17-23585-ABA | Julio C. Guerrero and Maria D. Guerrero | 13 | 07/03/17 | N/A | N/A |
| 17-23977-JNP | Norman E. Wethman and Dawn M. Wethman | 7 | 07/10/17 | N/A | N/A |
| 17-24480-CMG | Alphonso Blay | 13 | 07/17/17 | N/A | N/A |
| 17-25034-ABA | Dolores G. Williams | 13 | 07/26/17 | N/A | N/A |
| 17-25705-ABA | Frances M. McKay | 13 | 08/02/17 | N/A | N/A |
| 17-25995-ABA | Jose L. Ocasio and Ellen R. McAnally | 13 | 08/07/17 | N/A | N/A |
| 17-26076-JNP | Eileen Davis | 13 | 08/08/17 | N/A | N/A |
| 17-28374-JNP | Verona Tally | 13 | 09/10/17 | N/A | N/A |