IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| Bradley S. Mauger and Antionette R. Mauger | Bankruptcy No. 15-14698 |
| | Chapter 13<br>Proof of Claim No. 6 |
| Debtor(s),<br>_____ | |

**NOTICE OF CHANGE OF MAILING AND
CHAPTER 13 PAYMENT RECEIVING ADDRESS**

NOW COMES Absolute Resolutions Corporation, agent for Absolute Resolutions VI, LLC, comes before this Court to give notice to all parties in interest of a change in mailing address and Chapter 13 payment address for the above referenced case. Effective immediately the new address for all notices, correspondences and payments will be:

New Address
**Absolute Resolutions VI, LLC
c/o Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437**

Old Address
Absolute Resolutions VI, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Respectfully Submitted:

By:     /S/ Ashley Gjorgjeski
Ashley Gjorgjeski
Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437
(800) 713-0670