Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–14698–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bradley S. Mauger
44 Queen Anne Court
Marlton, NJ 08053

Antionette R. Mauger
44 Queen Anne Court
Marlton, NJ 08053

Social Security No.:
xxx–xx–2836                                            xxx–xx–1375

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           February 21, 2020
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*90* – Certification in Opposition to (related document:89 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/27/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Jeanie D. Wiesner on behalf of Antionette R. Mauger, Bradley S. Mauger. (Wiesner, Jeanie)

and transact such other business as may properly come before the meeting.

Dated: January 28, 2020
JAN: bed

Jeanne Naughton
Clerk