**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor(s)

Order Filed on July 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Bradley S. Mauger | : | |
| Antionette R. Mauger | : | CASE NO. 15-14698 (JNP) |
| | : | |
| Debtor(s) | : | HEARING DATE: August 4, 2020 11:00 am |
| | : | ORAL ARGUMENT WAIVED |

### ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2) through two (2) is hereby **ORDERED**.

**DATED: July 24, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):   Bradley S. Mauger and Antionette R. Mauger
Case No:    15-14698 (JNP)
Caption:     Order Approving Mortgage Modification

Upon consideration of the motion of Debtors for an Order Approving Mortgage Modification, and good cause appearing therefore, it is hereby:

ORDERED that the mortgage modification between the Debtors and MidFirst Bank (the "Secured Creditor") is approved;

ORDERED that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan or deferred by the Secured Creditor, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim immediately;

ORDERED that, if applicable, the Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of the loan modification and all money that would otherwise be paid to Secured Creditor be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the Secured Creditor that the modification was not consummated;

ORDERED that upon entry of this Order, the Chapter 13 Trustee may submit Chapter 13 Trustee Final Report and Account to allow for Discharge of Debtor's Chapter 13 Bankruptcy;

ORDERED that in the event the modification is not consummated, the Secured Creditor shall notify the Trustee and counsel to the Debtors of same.  Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor