**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Order Filed on July 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor(s)

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Bradley S. Mauger | : | |
| Antionette R. Mauger | : | CASE NO. 15-14698 (JNP) |
| | : | |
| Debtor(s) | : | HEARING DATE: August 4, 2020 11:00 am |
| | : | ORAL ARGUMENT WAIVED |

## ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2) through two (2) is hereby **ORDERED**.

**DATED: July 24, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):	Bradley S. Mauger and Antionette R. Mauger
Case No:	15-14698 (JNP)
Caption:	Order Approving Mortgage Modification

Upon consideration of the motion of Debtors for an Order Approving Mortgage Modification, and good cause appearing therefore, it is hereby:

ORDERED that the mortgage modification between the Debtors and MidFirst Bank (the "Secured Creditor") is approved;

ORDERED that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan or deferred by the Secured Creditor, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim immediately;

ORDERED that, if applicable, the Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of the loan modification and all money that would otherwise be paid to Secured Creditor be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the Secured Creditor that the modification was not consummated;

ORDERED that upon entry of this Order, the Chapter 13 Trustee may submit Chapter 13 Trustee Final Report and Account to allow for Discharge of Debtor's Chapter 13 Bankruptcy;

ORDERED that in the event the modification is not consummated, the Secured Creditor shall notify the Trustee and counsel to the Debtors of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor

United States Bankruptcy Court
District of New Jersey

In re:  
Bradley S. Mauger  
Antionette R. Mauger  
    Debtors

Case No. 15-14698-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.  
db/jdb        +Bradley S. Mauger,    Antionette R. Mauger,    44 Queen Anne Court,    Marlton, NJ 08053-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:

         Brian C. Nicholas     on behalf of Creditor     MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor     Midfirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor     MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor     MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeanie D. Wiesner     on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com  
         Jeanie D. Wiesner     on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com  
         Rebecca Ann Solarz     on behalf of Creditor     MIDFIRST BANK rsolarz@kmllawgroup.com  
         Sergio I. Scuteri     on behalf of Creditor     Evesham Municipal Utilities Authority sscuteri@capehart.com

                                                                                                                                 TOTAL: 10