UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 Bradley S. Mauger and Antionette R. Mauger

Case No.:  15-14698

Adv. No.:

Hearing Date:

Judge:    Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On November 24, 2020, an application was filed for the Claimant(s), MidFirst Bank, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $3,929.22 held in unclaimed funds be made payable to MidFirst Bank and be disbursed to the payee at the following address:

999 NW Grand Boulevard

Oklahoma City, OK 73118


The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*