UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 Bradley S. Mauger and Antionette R. Mauger

Case No.:  15-14698

Adv. No.:

Hearing Date:

Judge:    Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On  November 24, 2020                    , an application was filed for the

Claimant(s),  MidFirst Bank                         , for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $3,929.22              held in

unclaimed funds be made payable to  MidFirst Bank

and be disbursed to the payee at the following address:

999 NW Grand Boulevard

Oklahoma City, OK 73118

_____

_____

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 15-14698-JNP

Bradley S. Mauger                                                                Chapter 13

Antionette R. Mauger

        Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID                        Recipient Name and Address**
db/jdb                      +  Bradley S. Mauger, Antionette R. Mauger, 44 Queen Anne Court, Marlton, NJ 08053-2833

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020                              Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

**Name                                Email Address**

Brian C. Nicholas
                                      on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                                      on behalf of Creditor Midfirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                                      on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                                      on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                                      ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

District/off: 0312-1                              User: admin                                                    Page 2 of 2
Date Rcvd: Dec 16, 2020                          Form ID: pdf903                                               Total Noticed: 1

                              on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeanie D. Wiesner
                              on behalf of Joint Debtor Antionette R. Mauger jwiesner@subranni.com
                              dhoff@subranni.com;cwild@subranni.com;tom@subranni.com

Jeanie D. Wiesner
                              on behalf of Debtor Bradley S. Mauger jwiesner@subranni.com  dhoff@subranni.com;cwild@subranni.com;tom@subranni.com

Rebecca Ann Solarz
                              on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Sergio I. Scuteri
                              on behalf of Creditor Evesham Municipal Utilities Authority sscuteri@capehart.com


TOTAL: 10